UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ALEJANDRA GARZA,

       Plaintiff,

  v.                              CIV. NO. S-07-1982 WBS KJM

AETNA LIFE INSURANCE COMPANY,
HM LIFE INSURANCE COMPANY,
BROADSPIRE SERVICES, INC. and
DOES 1 to 100

       Defendants.

----oo0oo----

On September 21, 2007, plaintiff filed an Application to Proceed Without Prepayment of Fees (in forma pauperis) with her complaint against defendants for disability benefits under the Employee Retirement Income Security Act of 1974 (ERISA) (29 U.S.C. § 1001 et seq.).  When she received no response to her application, plaintiff's attorney sent a letter to the court on February 1, 2008, requesting to be advised of the status of her request.  After receiving no response from the court by May 15, 2008, plaintiff filed a formal Request for Status regarding her application.

1    In her Affidavit, plaintiff states that she is not
2 currently employed and received no money from any source in the
3 twelve months prior to submitting her application.  She avers
4 that she has $70 in a checking account and owns a house in
5 Sacramento and a 1996 vehicle.  Although the form clearly
6 instructs the applicant to state the value of any property
7 owned, plaintiff has failed to list any value of the house.
8 Arguably, if she has any substantial equity in the house it
9 should be sufficient to cover the filing fees required in this
10 action.  Thus, ordinarily, her application would be rejected
11 without prejudice to her filing an amended Affidavit setting
12 forth the value of her equity in her house and car.
13    However, this court can find no justifiable reason why
14 plaintiff's request was not promptly brought to its attention
15 when it was filed, or at least when her attorney's letter of
16 February 1, 2008 was submitted.  In order to avoid further
17 unnecessary delay, the court will therefore overlook plaintiff's
18 failure to place a value on her equity in the house and car, and
19 will authorize her to proceed in forma pauperis at this time.
20    IT IS THEREFORE ORDERED that plaintiff's Application
21 to Proceed Without Prepayment of Fees or Costs, pursuant to 28
22 U.S.C. § 1915, be, and the same hereby is, GRANTED.
23 DATED:  May 15, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2