UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA GARZA,<br><br>    Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY, HM LIFE INSURANCE COMPANY, BROADSPIRE SERVICES, INC. and DOES 1 to 100,<br><br>    Defendants. | Case No. 2:07-CV-01982-WBS-KJM<br><br>ORDER RE STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT |

The Court, having reviewed the Stipulation Extending Time for all Defendants to Answer, Plead or Otherwise Respond to Complaint, and good cause appearing therein,

IT IS HEREBY ORDERED that Defendants, Aetna Life Insurance Company, HM Life Insurance Company and Broadspire Services, Inc.'s time to answer, plead or otherwise respond to the Complaint is hereby extended to and including July 28, 2008.

Dated: July 14, 2008

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

94903.1

1

[PROPOSED] ORDER RE STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT

PRESENTED BY:

MESERVE, MUMPER & HUGHES LLP
Simon Manoucherian
Joanne V. Lee


By: /s/
    Simon Manoucherian
    Attorneys for Defendant
    AETNA LIFE INSURANCE COMPANY,
    HM LIFE INSURANCE COMPANY, and
    BROADSPIRE SERVICES, INC