UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA GARZA,<br><br>    Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY, HM LIFE INSURANCE COMPANY, BROADSPIRE SERVICES, INC. and DOES 1 to 100,<br><br>    Defendants. | Case No. 2:07-CV-01982-WBS-KJM<br><br>ORDER RE STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT |

The Court, having reviewed the Stipulation Extending Time for all Defendants to Answer, Plead or Otherwise Respond to Complaint, and good cause appearing therein,

IT IS HEREBY ORDERED that Defendants, Aetna Life Insurance Company, HM Life Insurance Company and Broadspire Services, Inc.'s time to answer, plead or otherwise respond to the Complaint is hereby extended to and including August 11, 2008.

Dated:  August 4, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95233.1

[PROPOSED] ORDER RE STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT

PRESENTED BY:

MESERVE, MUMPER & HUGHES LLP
Simon Manoucherian
Joanne V. Lee


By: ___/s/_____
    Simon Manoucherian
    Attorneys for Defendant
    AETNA LIFE INSURANCE COMPANY,
    HM LIFE INSURANCE COMPANY, and
    BROADSPIRE SERVICES, INC