**DAVID ALLEN (SBN 87193)**
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
(916) 455-4800 Telephone
(916) 451-5687 Facsimile

Attorneys for Plaintiff
ALEJANDRA GARZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA GARZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY,<br>HM LIFE INSURANCE COMPANY,<br>BROADSPIRE SERVICES, INC. and<br>DOES 1 to 100,<br><br>　　　　Defendants. | Case No. 2:07-cv-01982-WBS-KJM<br><br>**STIPULATION FOR DISMISSAL** |

The parties, Plaintiff ALEJANDRA GARZA and Defendants AETNA LIFE INSURANCE COMPANY, HM LIFE INSURANCE COMPANY, and BROADSPIRE SERVICES, INC., by and through their attorneys of record, hereby stipulate to the dismissal of this matter with prejudice as to all parties and DOE defendants, pursuant to Federal Rules of Civil Procedure, Rule 41(a), each party to bear its own attorneys fees and costs.

DATED: August 11, 2008        DAVID ALLEN & ASSOCIATES


　　　　　　　　　　　　　　　By___/s/ David Allen_____
　　　　　　　　　　　　　　　　DAVID ALLEN
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　ALEJANDRA GARZA

1
**STIPULATION FOR DISMISSAL**

1 | DATED: August 8, 2008                    MESERVE, MUMPER & HUGHES LLP

3 | By  /s/Simon Manoucherian
     Simon Manoucherian
4 |  Attorney for Defendants
     AETNA LIFE INSURANCE COMPANY
5 |  HM LIFE INSURANCE COMPANY
     BROADSPIRE SERVICES, INC.

## ORDER

Upon stipulation of the parties and approval of the court, this matter is dismissed with prejudice as to all parties and DOE defendants, pursuant to Federal Rules of Civil Procedure, Rule 41(a), each party to bear its own attorneys fees and costs.

Date:  August 11, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

G:\DOCS\SHU\DSHU2\inBOX\Signed\07cv1982 Aetna Life Ins - Stip to Dismiss.wpd

**STIPULATION FOR DISMISSAL**